

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| THE STATE OF TEXAS, | § | No. 08-21-00047-CR |
| State, | § | Appeal from the |
| v. | § | County Criminal Court No. 4 |
| RICHARD COURTLAND, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 201850C11534) |
|  | § |  |

# **O R D E R**

The Court received and filed the supplemental clerk's record as requested in its order issued June 15, 2021. The appeal is therefore reinstated, and the State's brief is now due August 26, 2021.

IT IS SO ORDERED this 27th day of July, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.